

Home | About Us | How Bidcactus Works | FAQ's | Promotions | Categories | Redeem Gift Certificate | Register

Username: _____  Password: _____

info@bidcactus.com · Live Phone Support Monday through Friday 9am - 5pm EST at **1-800-BID-8711**



**Online auctions of your favorite products for less than retail price.**
- Quality NEW products
- Now open all night
- Easy Beginner Auctions

Register Now!

Limit: 6 wins / 3 items - 3 Bidpack(s) in a 24 hour period, with a maximum of 30 wins in 30 days

**Start Now!**
Auction Entertainment at Bidcactus is easy and fun!
- Register
- Buy Bids
- Bid on Items
- Win!

Register Now

## Live Auctions - Log In To Bid

| 1¢ Mystery Combo 2 Gift Cards | 1¢ Logitech Squeezebox Radio | 1¢ Disney Vacation $100 Gift Card | 1¢ 250 Bids Bid on any Auction | 1¢ Outback Steakhouse $50 Gift Card |
|---|---|---|---|---|
| Retails for: $100.00 | Retails for: $199.99 | Retails for: $100.00 | Retails for: $187.50 | Retails for: $50.00 |
|  |  |  |  |  |
| GOING... $1.12 | 00:54:25 $0.01 | Gone $1.52 | 00:00:09 | 00:06:25 $0.03 |
| iwillwinthis | asgpilot | DrMarisa | LADYLOANS | asgpilot |
| bid | bid |  | bid | bid |

| 1¢ Alexander Sling 5-pc. Lounge Set | 1¢ Bass Pro Shops $50 Gift Card | 1¢ Visa $100 Gift Card | 1¢ 25 Bids Bid on any Auction | 1¢ Wal-Mart & Sams Club $100 Gift Card |
|---|---|---|---|---|
| Retails for: $249.00 | Retails for: $50.00 | Retails for: $100.00 | Retails for: $18.75 | Retails for: $100.00 |
|  |  |  |  |  |
| 00:26:25 $0.27 | 00:00:22 $0.06 | 00:11:26 $0.03 | 00:12:28 $0.01 | 00:07:26 $0.01 |
| go2susan | corinnalv | jstep4 | money2waste | asgpilot |
| bid | bid | bid | bid | bid |

**Auction Guide**

1¢ **Penny Auction** — With each new bid, the auction price will increase by one cent

**In the Zone** — Auctions with a blue outline have less than 2 minutes on the clock!

**"Beginners Only" Auctions** — Open exclusively to users who have never won an auction before

**Auctions Won**
- 50 Bids — 04/07 03:11 PM $1.70 — tmjjjjjs
- $50 Target Card — 04/07 03:10 PM $0.55 — xavierMommy
- Bed Bath & Beyond $50 Card — 04/07 03:08 PM $0.04 — Khumyat27
- Shell $50 Gift Card — 04/07 03:06 PM $0.35 — cz883j
- 25 Bids — 04/07 03:04 PM $2.35

### Upcoming Auctions

Your vote matters! Click on the **My Vote** button below and let us know which item you would like to see up next. In this election, every vote counts as we prepare the next item up for bid!

| IMAGE | ITEM | PRICE | INTEREST |
|---|---|---|---|
|  | 75 Bids Bid on any Auction — 75 Bids To Be Placed On Any Auction | $0.00 ($56.25 MSRP) |  My Vote |

Exhibit "A"



Return Policy: If you are not satisfied with any auction item you have purchased, you may return it for a full refund within 7 days, unused and in its original package. Please note all Bidpack are non-refundable.

  Payment Options:      

Copyright © 2010. All Rights Reserved.

Terms & Conditions | Privacy Policy

Exhibit "A"

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼     Web History | Search settings | Sign in

# Google

bidcactus     Search | Advanced Search

Web   ⊞ Show options...     Results **1 - 10** of about **142,000** for **bidcactus**. (0.13 seconds)

**BidCactus - Official Site**     Sponsored Links
www.**BidCactus**.com    Bids start at 1¢ - Huge Discounts! Save up to 95% on all Electronics.

**Snaglo: Bid for Bargains**
www.**Snaglo**.com    Easy to Win Auctions. 10 Free Bids. As Seen on Forbes and CNBC!

**Bid on Penny Auctions. BidCactus.com**
**BidCactus** Entertainment Auctions offers brand new products at incredible discounts. Save up to 90% on popular electronics. Bid on discount gift cards.
How **Bidcactus** Works - Categories - Register - About Us
www.**bidcactus**.com/ - Cached - Similar

> **How Bidcactus Works - Bid on Penny Auctions.**
> **BidCactus**.com
> info@**bidcactus**.com — Live Phone Support Monday through Friday 9am - 5pm EST at ... Before you get started, be sure to check out How **Bidcactus** Works and our ...
> www.**bidcactus**.com/info.php - Cached - Similar

⊞ Show more results from www.bidcactus.com

**bidcactus Complaints - Auction site is a con!!**
Aug 10, 2009 ... **Bidcactus** is a scam, there are only a few auctions running, ... In **Bidcactus**' defense, their site clearly explains how the bidding works and ...
www.complaintsboard.com/.../**bidcactus**-c239430.html - Cached - Similar

**Bidcactus.com Reviews by Consumers - SiteJabber**
☆☆☆☆☆ 63 reviews
**Bidcactus** reviews and complaints by consumers. Currently, there are 63 reviews of **Bidcactus**.com. SiteJabber is a consumer protection site that lets people ...
www.sitejabber.com/reviews/www.**bidcactus**.com - Cached - Similar

**WikiAnswers - Is Bid Cactus a scam**
Financial Scams and Hoaxes question: Is **Bid Cactus** a scam? **BidCactus** is tough to win at, and Penny Auctions are, as of yet, unregulated.
wiki.answers.com/Q/Is_**Bid**_**Cactus**_a_scam - Cached - Similar

**BidCactus - A New and Different Type of Online Auction?**
If you like eBay, you might enjoy what's going on here. On the other hand, this might drive you crazy. **BidCactus**.com offers a new and unique approach to ...

Sponsored Links

**Reverse Penny Auction**
High End Merchandise for PENNIES!
Excitement at your fingertips...
www.**bid**trotter.com

**Looking For A Car Deal**
RepoZoom Auctions, Arkansas' Only Online Repo Auctioneer, Find More!
Repozoom.com

**Like Penny Auctions?**
Then you will love us!
Bids are only 70 cents each
Nickel**Bids**.com/Auctions

**Latest Penny Auction Site**
98% off merchandise
Bids start @ 0.50. Find out more.
www.**bid**oction.com

**bidcactus - Official**
Amazing Auction Deals on Everything
Why Buy When You Can Win?
www.rocky**bid**.com
Georgia

**Penny Auctions**
**Bid** now and win great deals
Join now, it's free
**Bid**Rodeo.com

**Penny Auctions: Save 95%**
Save Up To 95% On Cool, New Stuff!
Worst Case, You Pay Retail.
BigDeal.com

hubpages.com/.../**BidCactus**---A-New-and-Different-Type-of-Auction - Cached - Similar

### **BidCactus** Coupons, **BidCactus** Coupon Codes and Promotional Codes ...
**BidCactus** coupons, save big with **BidCactus** coupon codes, **BidCactus** promotional codes and **BidCactus** deals at CouponSnapshot. Find and use newest **BidCactus** ...
www.couponsnapshot.com/merchant-**BidCactus**-coupons-deals-7399.html - Cached

### Is **Bid Cactus** a scam? - Yahoo! Answers
Aug 18, 2009 ... Has anybody purchased anything through **bid cactus**? ... No, it is not a scam. But the more popular it gets, the more bids it takes to win ...
answers.yahoo.com › Yahoo! Products › Yahoo! Shopping - Cached - Similar

> Does Anyone use **Bidcactus**? Is it legit? Fill me in please, before ... - Nov 12, 2009
> Do you know Penny Auction "**BidCactus**.com"?, Is this safe web ... - Aug 11, 2009
> Has anyone used http://www.**bidcactus**.com? - Jun 19, 2009
> Has anyone used **bidcactus**.com before? - Dec 1, 2006
> More results from answers.yahoo.com »

### **BidCactus (bidcactus)** on Twitter
Hard to Find Electronics and Consumer Products at Discount Prices.
twitter.com/**Bidcactus** - Cached - Similar

### Gamble for Bids - **Bid Cactus** Online Store - Epinions.com
Aug 25, 2009 ... **Bid Cactus** Online Store - User Rating: 1 stars. Review Summary: This is one of several "auction" sites that attracts customers with penny ...
www.epinions.com › ... › Online Stores & Services - Cached - Similar

### Searches related to **bidcactus**

| | | |
|---|---|---|
| bidcactus **complaints** | bidcactus **rip off** | bidcactus **fraud** | bidcactus **legit** |
| bidcactus **scam** | bidcactus **coupon code** | | |



1 2 3 4 5 6 7 8 9 10   Next

---

bidcactus                                    [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google



ANNE MARIE H. RING
PHONE 678-608-2792
Fax 678-559-0630
AMRING@RINGFIRM.COM

September 4, 2009

VIA E-MAIL
5c5e6d6ce3d24a2795c1da7f62f6f9f5.protect@whoisguard.com

www.rockybid.com
c/o WhoisGuard
8939 S. Sepulveda Blvd. #110 - 732
Westchester, CA 90045

      Re: Infringement of Intellectual Property of Bidcactus, LLC ("Bidcactus")

Dear Sir or Madam:

     As you are undoubtedly aware, Bidcactus is the exclusive owner of trademark rights in and to the marks BIDCACTUS and BIDCACTUS.COM for auction management services provided to others over an on-line web site accessed through a global computer network.

     Bidcactus has continuously used and advertised the marks BIDCACTUS and BIDCACTUS.COM to identify its brand of high quality services. The marks BIDCACTUS and BIDCACTUS.COM are prominently displayed on the Bidcactus.com website and in its advertising of its services. The services of arranging and mediating auction sales and purchases over the global computer network advertized, promoted and performed under the marks BIDCACTUS and BIDCACTUS.COM have come to identify Bidcactus.com as the exclusive source. The BIDCACTUS and BIDCACTUS.COM marks symbolize, in the minds of the public, the services and valuable goodwill of Bidcactus.com.

     In addition, Bidcactus is the owner of the United States federal trademark application Serial No. 77801160 for BIDCACTUS for "Auction management services provided to others over an on-line web site accessed through a global computer network." Your conduct constitutes an infringement of this mark.

     **Bidcactus considers its marks to be valuable assets and takes seriously any act that impairs the value of its marks. It has come to our attention that you are using and/or have used the mark(s) BIDCACTUS and/or BIDCACTUS.COM to divert customers to your**

website. **It is our understanding that you purchased the key word(s) BIDCACTUS and/or BIDCACTUS.COM from various Internet search engines to list your business as a sponsor of search results conducted for Bidcactus's services. Please see the attached search results evidencing this keyword targeting.**

Your intent was clearly to utilize the goodwill associated with the BIDCACTUS and BIDCACTUS.COM marks in the marketing, advertising and sale of your services and products and to misappropriate and trade upon that goodwill. Additionally, your choice to use Bidcactus.com's marks in this manner manifests a willful intent to infringe upon the marks of Bidcactus.com and the goodwill therein, and to misappropriate and trade upon same.

Your misleading use of Bidcactus.com's marks BIDCACTUS and BIDCACTUS.COM as key words, and/or to sponsor internet search results that divert customers to websites unassociated with Bidcactus.com constitutes, among other things, (1) Trademark Infringement and Unfair Competition under various federal and state laws (See, e.g., 15 U.S.C. Section 1114, 1116-1118, 1125), (2) Common Law Trademark Infringement; and (3) Dilution of Bidcactus.com's valuable marks.

Under applicable law, Bidcactus is entitled to recover (1) all of Bidcactus.com's damages caused by your unlawful conduct; (2) all profits made by you due to your unlawful conduct; (3) an award of attorneys fees; and (4) Bidcactus's costs in any action against you. Because your conduct is willful, Bidcactus is also entitled to have the monetary award trebled. Bidcactus is also entitled to an injunction restraining you from all future infringement and unfair competition.

Bidcactus desires to amicably resolve this matter. In order to do so, you must immediately cease and desist from (1) all infringing use of the BIDCACTUS and BIDCACTUS.COM marks (and any mark confusingly similar to either or both of these marks), (2) all acts falsely designating the origin of your services and products, and (3) all acts of unfair competition and dilution. If we do not receive your unqualified assurance within 2 days of the date of this communication that you will comply with the aforesaid demand, we will be forced to take further action in this matter.

In the interim, all of our client's rights and remedies at law and in equity are hereby expressly reserved.

                                  Sincerely,
                                  THE RING FIRM, P.C.

                                  /s/ A.M. Ring

                                  Anne Marie H. Ring

AMR: kg



ANNE MARIE H. RING     DIRECT DIAL 678-608-2792     E-MAIL AMRing@RingFirm.com
                    DIRECT FAX 678-559-0630

March 22, 2010

**VIA FEDEX**

President
ROCKYBID.COM, INC.
61-23 190th ST Suite 456
Fresh Meadows, NY 11365

        Re:    Infringement of Intellectual Property of Bidcactus, LLC ("Bidcactus")

Dear Sir or Madam:

      Pursuant to our letter to you of August 10, 2009, a copy of which is attached, this firm represents the interests of Bidcactus.

      Our client has advised us that Rockybid.com continues to infringe upon the trademark rights of Bidcactus and that it desires to act immediately to ensure that the infringement does not continue. If any ongoing infringement exists on Wednesday March 24, 2010, Bidcactus will file its Complaint for trademark damages and will move the Court for a temporary injunction against Rockybid.com, Inc.

      Please contact me immediately to indicate that you have ceased use of the BIDCACTUS trademark in any manner. In the interim, this letter is without prejudice to any rights or remedies available to Bidcactus at law or in equity, each of which is hereby expressly reserved.

                                      Sincerely,
                                      THE RING FIRM, P.C.

                                      Anne Marie H. Ring