FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 15 2010

JAMES N. HATTEN, CLERK
By: J. Brannove, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BIDCACTUS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1 10-CV-1040 |
| ROCKYBID.COM, INC., | ) |
| Defendant. | ) |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Rockybid.com, Inc. for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on Rockybid.com, Inc. at the address of their Registered Agent c/o Allstate Corporate Services Corp, Registered Agent 32 W. Loockerman Stret, Suite 201 Dover, DE 19904 by personal service by a Process Server on April 16, 2010.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

This __11th__ day of June, 2010.

                                   Anne Marie H. Ring
                                   Georgia Bar No. 359955

**THE RING FIRM, P.C.**
**PACE LAW, P.C.**
Piedmont Fourteen, Suite 410    Counsel for Plaintiff Bidcactus, LLC
3535 Piedmont Road, N.E.
Atlanta, Georgia 30305
(678) 608-2792
(678) 559-0630 (fax)
AMRing@RingFirm.com