# United States District Court
## Northern District of Georgia
2211 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303-3361

**James N. Hatten**                                                                                              404-215-1600
**Clerk of Court**

June 16, 2010

Anne Marie Ring
Bidcactus, LLC v. Rockybid.com, Inc.,  1:10-cv-1040-RWS
re: Notice of Service and Request for Clerk's Entry of Default filed 6/15/2010

### Notification of Requirement to File Electronically

On or after July 15, 2005, you filed pleadings with our Court that did not comply with the Court's Standing Order 04-01, dated June 1, 2004, Electronic Case Filing and Administrative Procedures. Paragraph 2. of that Order provides as follows:

2.  Effective July 15, 2005, absent good cause shown and the permission of the Court, attorneys in good standing admitted to practice before the Bar of this Court, to include attorneys admitted *pro hac vice*, will file, sign, and verify documents only by electronic means to the extent and in the manner authorized by this Standing Order, Local Rule 5.1 A. NDGa., and the administrative procedures attached hereto as Exhibit A., Administrative procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil and Criminal Cases in the United States District Court for the Northern District of Georgia (Administrative Procedures).

This letter is to bring the Court's Order to your attention, and to request that any future filings comply with its provisions. Failure to file by electronic means in the future will result in the issue of an Order to Show Cause.

Provided you have registered with my office to receive the login and password required for electronic filing, my staff can assist you in filing electronically at the Court. If you have not yet registered, a registration form can be found and completed on the Court's website at www.gand.uscourts.gov.  Please call 404-215-1655 should you have questions regarding this letter or other matters dealing with electronic case filing.