FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 23 2010

JAMES N. HATTEN, Clerk
By_____ Deputy Cl

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BIDCACTUS, LLC, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 1:10-CV-1040-RWS |
| ROCKYBID.COM, INC., : | |
| : | |
| Defendant. : | |

## ORDER

It appearing that no substantial proceedings have occurred in the case for more than six (6) months, the parties are hereby **ORDERED** to show cause, if any they can, within fourteen (14) days of the entry of this Order why this action should not be dismissed without prejudice.

It is so ORDERED, this _23rd_ day of December, 2010.

_____
Richard W. Story
Judge, United States District Court