# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BIDCACTUS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File |
| v. | ) No. **1:10-cv-01040-RWS** |
| | ) |
| ROCKYBID.COM, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## PLAINTIFF'S RESPONSE TO
## ORDER DIRECTING PARTIES TO SHOW CAUSE

COMES NOW Plaintiff, Bidcactus, LLC ("Bidcactus"), and hereby files its Response to the Court's "Order Directing Parties to Show Cause" showing the Court as follows:

Bidcactus filed the Complaint in this matter on April 8, 2010, against Defendant, Rockybid.com, Inc. ("Defendant"), alleging State law claims under 15 U.S.C. § 1367 and violation of the Federal trademark rights of Bidcactus arising under the Lanham Act, 15 U.S.C. §§1051, *et seq*. In sum, Defendant used the registered BIDCACTUS trademark to drive traffic to its website, www.rockybid.com.

Defendant was served with the Complaint on April 16, 2010, pursuant to Rule 4(e) of the Federal Rules of Civil Procedure.

Defendant failed to file an Answer to the Complaint.

On June 16, 2010, the Clerk entered its Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Damages in this case are unliquidated.  Information and documents required to prove Plaintiff's damages are in the hands of third parties and Defendant.

The Defendant has refused to answer any e-mails or letters sent to it and has failed to respond to this lawsuit. Plaintiff has attempted to determine how much money Defendant has made from the illegal use of Plaintiff's trademark without getting the information directly from the Defendant.  This information is difficult to recover without cooperation from the Defendant.  Subpoenas have been sent to third parties that we believe will be able to assist in this determination.  Copies of these subpoenas are attached hereto as Exhibit "A."  Plaintiff expects responses for the subpoenas the first week in February.

Defendant's actions have unjustly enriched Defendant and caused substantial damages to Bidcactus.  Plaintiff respectfully requests Five (5) days to file its Motion for Default as to Liability and Forty-Five (45) days to complete its discovery prior to setting an evidentiary hearing on damages in this matter.

I certify that this document was prepared using Times New Roman 14 point font.

Respectfully submitted this 6th day of January, 2011.

/s Anne Marie H. Ring
Anne Marie H. Ring
Georgia Bar No. 359955

Counsel for Plaintiff Bidcactus, LLC

**The Ring Firm, P.C.**
2859 Paces Ferry Road, Suite 1750
Atlanta, Georgia  30339
(P) (678) 608-2792
(F) (678) 802-7463
amring@ringfirm.com
This 6th day of January, 2011.

/s Robert E. Spears, Jr.
Robert E. Spears, Jr.
GA Bar # 670195
Attorney for Plaintiff BidCactus, LLC

THE SPEARS & ROBL LAW FIRM, LLC
104 Cambridge Avenue
Decatur, GA 30030

(404) 373-5150
(404) 373-5199
respears@tsrlaw.com

Case 1:10-cv-01040-RWS   Document 9   Filed 01/06/11   Page 4 of 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| BIDCACTUS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:10-cv-1040-RWS |
| ROCKYBID.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing Entry of Appearance by depositing same in the U.S. Mail, First Class, with sufficient postage affixed thereto, and addressed to:

> RockyBid, Inc.
> 61-23 190th Street
> Suite 456
> Fresh Meadows, NY 11365

This 6th day of January, 2011.

> /s Robert E. Spears, Jr.
> Robert E. Spears, Jr.
> GA Bar # 670195
> Attorney for Plaintiff BidCactus, LLC

THE SPEARS & ROBL LAW FIRM, LLC
104 Cambridge Avenue
Decatur, GA 30030
(404) 373-5150
(404) 373-5199
respears@tsrlaw.com