IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BIDCACTUS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:10-cv-1040-RWS |
| ROCKYBID.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT AND TO SCHEDULE HEARING ON THE MEASURE OF PLAINTIFF'S DAMAGES**

Comes Now Plaintiff Bidcactus, LLC ("Plaintiff") and moves this Court for entry of a Default Judgment as to Defendant Rockybid.com, Inc.'s ("Defendant") liability to Plaintiff and for the Court to set a hearing for Plaintiff to prove its damages. The bases for this Motion are set forth in Plaintiff's Memorandum in Support which is filed contemporaneously herewith.

WHEREFORE, Plaintiff requests that this Court enter a Default Judgment against Defendant as to its liability to Plaintiff for the causes of action set forth in the Complaint and further requests that this Court set a hearing for Plaintiff to prove the extent of its damages.

I certify that this document was prepared using Times New Roman 14 point font.

This 14th day of January, 2011.

/s Robert E. Spears, Jr.
Robert E. Spears, Jr.
GA Bar # 670195
Attorney for Plaintiff BidCactus, LLC

THE SPEARS & ROBL LAW FIRM, LLC
104 Cambridge Avenue
Decatur, GA 30030
(404) 373-5150
(404) 373-5199
respears@tsrlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BIDCACTUS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:10-cv-1040-RWS |
| ROCKYBID.COM, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing Motion for Default Judgment by depositing same in the U.S. Mail, First Class, with sufficient postage affixed thereto, and addressed to:

> RockyBid, Inc.
> 61-23 190th Street
> Suite 456
> Fresh Meadows, NY 11365

This 14th day of January, 2011.

> /s Robert E. Spears, Jr.
> Robert E. Spears, Jr.
> GA Bar # 670195
> Attorney for Plaintiff BidCactus, LLC

THE SPEARS & ROBL LAW FIRM, LLC
104 Cambridge Avenue
Decatur, GA 30030
(404) 373-5150

(404) 373-5199
respears@tsrlaw.com